# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## HONORABLE CHARLENE EDWARDS HONEYWELL

| | |
|---|---|
| CASE NO. 8:20-cr-138-CEH-JSS | DATE: July 27, 2022 |
| TITLE: USA v. **Luis Elias Angulo Leones** | |
| TIME: 1:44PM – 2:27PM | TOTAL: 43 minutes |

| | |
|---|---|
| Courtroom Deputy: Bettye Samuel | Interpreter: James Plunkett |
| Court Reporter: Melissa Pierson | Probation: Kaleena K. Roy |
| Counsel for Government: Lauren N. Stoia | |
| Counsel for Defendant: Raudel Vitier | |

## CRIMINAL MINUTES

Court in session and counsel identified for the record.

Interpreter previously sworn and Defendant sworn and adjudicated guilty as to Counts One and Two of the Indictment.

Counsel addressed the Court.

Defendant addressed the Court.

Defendant's *Oral Motion for Downward Variance* is DENIED for the reasons stated on the record.

Imprisonment: 151 months. This term consists of a 151 month term as to each of Counts One and Two, all such terms to run concurrently.

Supervised Release: 2 years. This term consists of a 2 year term as to each of Counts One and Two, all such terms to run concurrently.

Fine is waived.

Special Assessment: $200.00. This obligation is to be paid immediately.

The Court makes the following recommendations to the Bureau of Prisons:

1. Defendant be incarcerated at any Bureau of Prisons' facility that allows participation in the UNICOR program for Defendants who have been paroled into the United States for prosecution.
2. Defendant be allowed to participate in the UNICOR program, if eligible.
3. Defendant be allowed to take educational classes to learn to read and write Spanish.
4. Defendant be allowed to take an English for Speakers of Other Languages (ESOL) class.
5. Defendant be allowed to receive vocational training in the following areas: welding, electrical services, plumbing, automobile mechanics, and heating, ventilation and air conditioning (HVAC).

Special conditions of supervised release:

- If deported, Defendant shall not re-enter the United States without the express permission of the appropriate governmental authority. The Court recognizes that Defendant is lawfully in the United States, as he was paroled here for prosecution.

- Defendant shall refrain from any unlawful use of controlled substances. The mandatory drug testing provisions of the Violent Crime Control Act are suspended. However, the Court orders Defendant to submit to random drug testing not to exceed 104 tests per year.

- Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

Defendant is remanded to the custody of the US Marshal.

Defendant advised of right to appeal and of right to counsel on appeal.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 34 |
| Criminal History Category | I |
| Imprisonment Range | 151 - 188 months |
| Supervised Release Range | 2-5 years |
| Restitution | N/A |
| Fine Range | $35,000 - $20,000,000 |
| Special Assessment | $200.00 |

Court adjourned.